# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EDDIE ISLAND

NO. 2023 KW 1009

**DECEMBER 4, 2023**

---

In Re:   Eddie Island, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 30276.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.** Relator is not entitled to the names of the individuals who served on his grand jury. See La. Code Crim. P. art. 434(A).   The Reentry Program is run by the Department of Corrections and Public Safety.   Thus, the district court is not the proper point of contact for information regarding the Reentry Program.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT